United States District Court
for the
Southern District of Florida

Roberto Arceo, Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　) Civil Action No. 17-23821-Civ-Scola
　　　　　　　　　　　　　　　　　　　　　　)
Mattress Firm, Inc. and others,　　　　　　　)
Defendants.

### Order On Clerk's Default Procedure

　　　　It appears that Defendant Alexander Ortega has failed to timely respond to the Complaint. In order to resolve this case justly, swiftly, and economically the Court **orders** the Plaintiff to submit a *Motion for Entry of Clerk's Default* by **December 6, 2017**, consistent with Federal Rule of Civil Procedure 55(a). The *Motion* must include a certificate of service indicating that the Plaintiff sent it to the Defendant(s), including the address(es) it was mailed to.

　　　　Alternatively, if the Plaintiff no longer wishes to prosecute this action, or has otherwise settled the matter, the Plaintiff must immediately file a *Notice of Voluntary Dismissal* in keeping with Federal Rule of Civil Procedure 41(a)(1)(A)(i). This option is not available to FLSA Plaintiffs. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (explaining that in an action brought pursuant to the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness).

　　　　If the Clerk enters a default and the Defendant fails to move to set aside the default, or fails to otherwise respond to this lawsuit, the Plaintiff must promptly seek a default judgment, consistent with Federal Rule of Civil Procedure 55(b). If the Plaintiff fails to timely seek a Clerk's default or a default judgment, the Court may dismiss this action, without prejudice, for failure to prosecute.

　　　　**Done and ordered** in chambers at Miami, Florida on November 29, 2017.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Robert N. Scola, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:
Alexander Ortega
4271 NW 192nd St.
Opa Locka, FL  33055